**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 00-1211**

───────────

DONNIE ELLIS,

Petitioner,

versus

DIRECTOR, OFFICE OF WORKERS' COMPENSATION
PROGRAMS, UNITED STATES DEPARTMENT OF LABOR;
ARCH OF WEST VIRGINIA/AMHERST COAL COMPANY,

Respondents.

───────────

On Petition for Review of an Order of the Benefits Review Board.
(99-273-BLA)

───────────

Submitted:  July 13, 2000          Decided:  July 19, 2000

───────────

Before WIDENER, LUTTIG, and TRAXLER, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Donnie Ellis, Petitioner Pro Se.  Patricia May Nece, Jennifer U.
Toth, UNITED STATES DEPARTMENT OF LABOR, Washington, D.C.; Mary
Rich Maloy, JACKSON & KELLY, Charleston, West Virginia, for
Respondents.

───────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Donnie Ellis seeks review of the Benefits Review Board's decision and order affirming the administrative law judge's denial of black lung benefits pursuant to 30 U.S.C.A. §§ 901-945 (West 1986 & Supp. 2000). Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error. Accordingly, we affirm on the reasoning of the Board. See Ellis v. Director, Office of Workers' Compensation Programs, No. 99-0273-BLA (B.R.B. Nov. 26, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED